UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ALEXANDER NICHOLAS DELEON,<br><br>　　　　　　　Defendant. | CASE NO. 1:20-MJ-00117-SAB<br><br>**UNSEALING ORDER** |

Good cause due to the defendant's pending initial appearance in the Eastern District of California, it is hereby ordered that the Indictment, Arrest Warrant, and related court filings in the above matter, be UNSEALED.

IT IS SO ORDERED.

Dated:   **October 23, 2020**

_____
UNITED STATES MAGISTRATE JUDGE