IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:20-MJ-0117 SAB |
| Plaintiff, | ) ORDER THAT CASH BOND BE TRANSFERRED TO DISTRICT OF WYOMING |
| vs. | |
| ALEXZANDER NICHOLAS DELEON, | |
| Defendant. | |

On October 29, 2020, Defendant ALEXZANDER NICHOLAS DELEON was released on conditions, including a $1,000 cash bond. Plaintiff was also ordered to report to the United States District Court for the District of Wyoming for further proceedings.  This Court will transfer relevant documents to the District of Wyoming. On November 2, 2020, a cash bond of $1,000.00 was posted as to ALEXZANDER NICHOLAS DELEON.

Given that Defendant DELEON's case is now pending before the District of Wyoming, the Court orders the Clerk of the Court to transfer the $1,000 cash bond to the District of Wyoming.

IT IS SO ORDERED.

Dated:  **November 9, 2020**          /s/ *Barbara A. McAuliffe*          
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE